UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Send

CIVIL MINUTES - GENERAL

Case No.  SA CV 99-1517 AHS(ANx)           Date December 10, 1999

Title  HOWARD TISCHLER v. UNITED STATES OF AMERICA

================================================================

[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date ]
Date _____ Deputy Clerk _____

================================================================

PRESENT

HON. ALICEMARIE H. STOTLER, JUDGE

Mary Massello                          Not Present
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                           None present

PROCEEDINGS:    (In Chambers)   ORDER DIRECTING PLAINTIFF TO FILE A CORRECTED
                                COMPLAINT CERTIFICATION AS TO INTERESTED PARTIES
                                NOT LATER THAN DECEMBER 30, 1999

Plaintiff filed the Complaint and Certication as to Interested Parties in this action on December 8, 1999. Plaintiff has failed to comply with Local Rule 3 4 1 concerning the typeface size i.e., not more than ten (10) typed characters per inch. Accordingly, the Court orders plaintiff to file a corrected complaint and certification as to interested parties not later than December 30, 1999.

The Clerk shall serve this minute order on all counsel of record in this action

MINUTES FORM 11                        INITIALS OF DEPUTY CLERK
CIVIL - GEN    CJV           D - M
G\ \CJV\MO\Tischler 341

ENTERED ICMS/
DEC 15 1999